PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (State Bar No. 089395)
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU (State Bar No. 155314)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, California 90017
Telephone No. (213) 894-4480
Facsimile No. (213) 894-2603
*Kenneth.G.Lau@usdoj.gov*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>**SHARON HONNING**,<br><br>           Debtor.<br><br>_____ | Case Number 2:10-bk-13281 BR<br><br>Chapter 7<br><br>NOTICE OF AMENDED HEARING DATE FOR UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. SECTION 707(a) AND TO DISGORGE ATTORNEY FEES PURSUANT TO 11 U.S.C. § 329, OR, IN THE ALTERNATIVE, TO EXTEND TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707(b) OR A COMPLAINT TO DENY THE DEBTOR'S DISCHARGE PURSUANT TO § 727<br><br>INITIAL DATE:   May 26, 2010<br>TIME:              10:00 a.m.<br>CTRM:           1668, 255 E. Temple Street, Los Angeles, CA 90012<br><br>**AMENDED DATE: June 8, 2010**<br>TIME:              10:00 a.m.<br>CTRM:           1668, 255 E. Temple Street, Los Angeles, CA 90012 |

TO THE HONORABLE JUDGE BARRY RUSSELL, UNITED STATES

BANKRUPTCY JUDGE, DEBTOR SHARON HONNING AND COUNSEL OF RECORD,

THE CHAPTER 7 TRUSTEE, AND ALL PARTIES IN INTEREST:

     PLEASE TAKE NOTICE that on or about April 26, 2010, the United States Trustee

1

1  ("UST") filed and served its Notice of Motion and Motion of U.S. Trustee Pursuant to 11 U.S.C.
2  § 707(a) and to Disgorge Attorney Fees Pursuant to 11 U.S.C. § 329, Or, in the Alternative, to
3  Extend Time to File a Motion to Dismiss Pursuant to § 707(b) or a Complaint to Deny the
4  Debtor's Discharge Pursuant to § 727 with supporting documents.  Due to an inadvertent
5  scheduling error, the UST's moving papers initially provided for a hearing upon said motion on
6  May 26, 2010 at 10:00 a.m. in courtroom 1668.

7        PLEASE BE FURTHER ADVISED BY THIS AMENDED NOTICE to all interested
8  parties that the hearing on said motion will take place **on Tuesday, June 8, 2010 at 10:00 a.m.**
9  **at 255 E. Temple Street, Los Angeles, California 90012 in courtroom 1668**.

10 DATED:      April 27, 2010                OFFICE OF UNITED STATES TRUSTEE

                                              By:   /s/ Kenneth G. Lau
                                                    Kenneth G. Lau
                                                    Attorney for U.S. Trustee

| In re: | Sharon Honning | | CHAPTER | 7 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:10-bk-13281-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as
**Notice of Amended Hearing Date for United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(a) and to Disgorge Attorney Fees Pursuant to 11 U.S.C. § 329, Or, in the Alternative, to Extend Time to File a Motion to Dismiss Pursuant to § 707(b) or a Complaint to Deny the Debtor's Discharge Pursuant to § 727**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __4-27-10__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __4-27-10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __4-27-10__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-27-10 | Tina Simmons | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            F 9013-3.1

| In re: | Sharon Honning | | CHAPTER | 7 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:10-bk-13281-BR |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| **Name** | **Capacity** | **Email Address** |
|---|---|---|
| Kenneth G Lau | UST Trial Attorney | kenneth.g.lau@usdoj.gov |
| George Holland, Jr | Debtor's Counsel | hlfirm@gmail.com |
| Laurie Howell | | laurie.howell@dre-apc.com |
| Alfred H Siegel | Chapter 7 Trustee | ahstrustee@horwatchal.com,ca51@ecfcbis.com |
| United States Trustee | | ustpregion16.la.ecf@usdoj.gov |

### SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**Debtor:**
Sharon Honning
6365 Lemon Ave
Long Beach, CA 90805

### SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1