
PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, SBN 155314
Trial Attorney
OFFICE OF THE U.S. TRUSTEE
725 S. Figueroa St. Ste. 2600
Los Angeles, CA 90017
Telephone:    (213) 894-4480
Fax:          (213) 894-2603
Email: *Kenneth.G.Lau@usdoj.gov*

FILED & ENTERED

JUL 09 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY oflores    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SHARON HONNING,<br><br>            Debtor. | Case No. 2:10-bk-13281 BR<br><br>Chapter 7<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. SECTION 707(a) AND FOR AN ORDER DISGORGING ATTORNEY COMPENSATION PURSUANT TO 11 U.S.C. § 329**<br><br>DATE:    June 8, 2010<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1668<br>                255 East Temple Street<br>                Los Angeles, CA 90012 |

      The hearing of the United States Trustee's Motion (the "Motion") to Dismiss Debtors' Case Pursuant to 11 U.S.C. § 707(a) and for an Order Disgorging Attorney Compensation Pursuant to 11 U.S.C. § 329 came on for hearing as regularly noticed on June 8, 2010 at 10:00 a.m. in Courtroom 1668 before the Honorable Barry Russell, United States Bankruptcy Judge. Kenneth G. Lau, Trial Attorney, appeared on behalf of the United States Trustee ("UST"), while no appearance was made by or on behalf of Debtor, as noted in the record.

1

Having considered the Motion, any and all oral arguments at the hearing, as well as the lack of any opposition or other response by the Debtor, and for the reasons stated on the record:

1. The Motion is granted in its entirety;

2. This case is DISMISSED, pursuant to 11 U.S.C. §707(a); and any order previously entered granting the Debtor a discharge is VACATED; and

3. George Holland, Jr., Esq. and Holland Law Firm are jointly and severally ordered to disgorge $500.00 to Debtor SHARON HONNING pursuant to 11 U.S.C. § 329.

By or before July 30, 2010, George Holland, Jr., Esq. and Holland Law Firm shall forward a check in the full amount of $500.00 payable to the Debtors to the U.S. Trustee, attn: Kenneth G. Lau, Trial Attorney. Upon receipt of the said check, the U.S. Trustee shall forward the check to the Debtor.

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED:

# # #

DATED: July 9, 2010

_____
United States Bankruptcy Judge

2

| In re:   Sharon Honning, | CHAPTER | 7 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:10-bk-13281 BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:  **ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. SECTION 707(a) AND FOR AN ORDER DISGORGING ATTORNEY COMPENSATION PURSUANT TO 11 U.S.C. § 329**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On [not applicable] I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Not Applicable**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 6-30-10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6-30-10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6-30-10 | Tina Simmons | /s/ Tina Simmons |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 9021-1.1**

| In re: Sharon Honning, | CHAPTER | 7 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:10-bk-13281 BR |

## ADDITIONAL SERVICE INFORMATION

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Not Applicable

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Sharon Honning
6365 Lemon Ave
Long Beach, CA 90805

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                     **F 9021-1.1**

4

| In re:   Sharon Honning, | CHAPTER | 7 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:10-bk-13281 BR |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. SECTION 707(a) AND FOR AN ORDER DISGORGING ATTORNEY COMPENSATION PURSUANT TO 11 U.S.C. § 329

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**  **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6-30-10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

**II.**  **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

**III.**  **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**

| In re: Sharon Honning, | CHAPTER | 7 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:10-bk-13281 BR |

## ADDITIONAL SERVICE INFORMATION

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| **Name** | **Capacity** | **Email Address** |
|---|---|---|
| Kenneth G Lau | UST Trial Attorney | kenneth.g.lau@usdoj.gov |
| George Holland, Jr | Debtor's Counsel | hlfirm@gmail.com |
| Laurie Howell | | laurie.howell@dre-apc.com |
| Alfred H Siegel | Chapter 7 Trustee | ahstrustee@horwatchal.com,ca51@ecfcbis.com |
| United States Trustee | | ustpregion16.la.ecf@usdoj.gov |

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Sharon Honning
6365 Lemon Ave
Long Beach, CA 90805

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

Not Applicable

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9021-1.1**